

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00417-CV

In the Interest of **M.A.B.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM504304
Honorable Nick Catoe Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs shall be assessed against Appellant Justin Russell Adcock in relation to this appeal because he is indigent under Rule 20 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 20.

SIGNED April 26, 2017.

_____
Karen Angelini, Justice